IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK ALLEN EPLEY**                                                                         **PLAINTIFF**

**V.**                     **NO. 3:22-CV-00076-BRW**

**DAWN DEAN,** *et al.*                                              **DEFENDANTS**

### JUDGMENT

Based on the Court's order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of April, 2022.

                                                                       BILLY ROY WILSON
                                             UNITED STATES DISTRICT JUDGE